**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| CELLPORT SYSTEMS, INC., | ) | |
|      Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:12-cv-03296-RBJ |
| | ) | |
| ZTE CORPORATION, ZTE (USA) INC., | ) | |
| ZTE SOLUTIONS INC., | ) | |
|      Defendants. | ) | |

and

| | | |
|---|---|---|
| CELLPORT SYSTEMS, INC., | ) | |
|      Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:13-cv-00173-RBJ |
| | ) | |
| HTC CORPORATION, | ) | |
| HTC AMERICA HOLDING INC., | ) | |
| HTC AMERICA, INC., | ) | |
|      Defendants. | ) | |

and

| | | |
|---|---|---|
| CELLPORT SYSTEMS, INC., | ) | |
|      Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:13-cv-00175-RBJ |
| | ) | |
| LG ELECTRONICS, INC., | ) | |
| LG ELECTRONICS, U.S.A., INC., | ) | |
| LG ELECTRONICS MOBILECOMM | ) | |
| U.S.A., INC., | ) | |
|      Defendants. | ) | |

and

| | | |
|---|---|---|
| CELLPORT SYSTEMS, INC., | ) | |
|      Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:13-cv-00178-RBJ |
| | ) | |
| NOKIA CORPORATION, | ) | |
| NOKIA INC., | ) | |
|      Defendants. | ) | |

and

| | |
|---|---|
| CELLPORT SYSTEMS, INC., | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:13-cv-00179-RBJ |
| | ) |
| PANTECH CO. LTD., | ) |
| PANTECH WIRELESS, INC., | ) |
|     Defendants. | ) |

and

| | |
|---|---|
| CELLPORT SYSTEMS, INC., | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:13-cv-00180-RBJ |
| | ) |
| SAMSUNG ELECTRONICS CO., LTD. | ) |
| SAMSUNG TELECOMMUNICATIONS | ) |
| AMERICA, LLC, | ) |
|     Defendants. | ) |

---

### JOINT MOTION TO EXCEED PAGE LIMITS FOR OPENING CLAIM CONSTRUCTION BRIEFS BY FIVE PAGES

---

Plaintiff Cellport Systems, Inc. ("Cellport"), and Defendants Samsung Electronics Co., Ltd., Samsung Telecommunications America, LLC, Pantech Co. Ltd., Pantech Wireless, Inc., Nokia Corporation, Nokia Inc., ZTE (USA) Inc., LG Electronics, Inc., LG Electronics U.S.A., Inc., LG Electronics MobileComm U.S.A., Inc., HTC Corporation, HTC America Holding Inc., and HTC America, Inc. (collectively, "Defendants"), through counsel, hereby request an additional five pages for their respective opening claim construction briefs, increasing the Court's page limitation from 20 pages to 25 pages.  In support of this Motion, the Parties state as follows.

1.      Pursuant to the applicable Joint Civil Scheduling Order, opening claim construction briefs are not to exceed 20 pages and are due on October 10, 2013.

2.      The Parties have endeavored to keep their opening briefs within this 20 page limitation, and are aware of this Court's Practice Standards encouraging shorter briefs (RBJ Civ. Practice Standard, pg. 2), but this is a complicated patent infringement case that requires some technical explanation.  To fully apprise the Court of their respective positions, the Parties feel that requesting this nominal extension of page limitation is justified and warranted.

3.      This is the first request by the Parties to exceed the page limitation of opening claim construction briefs, and granting this request will not affect the deadline or the page limitation currently in place for the parties' responsive claim construction briefs.

WHEREFORE, Cellport and Defendants respectfully request that the Court grant the Parties' request and allow each of them an additional five pages, up to 25 pages total, for their opening claim construction briefs.

Date:   October 9, 2013                   Respectfully submitted,

                                          /s/ Matthew S. Compton, Jr.
                                          Matthew J.M. Prebeg
                                          Matthew S. Compton, Jr.
                                          **Clearman | Prebeg LLP**
                                          815 Walker, Suite 1040
                                          Houston, Texas  77002
                                          Telephone:  713-223-7070
                                          Facsimile:  713-223-7071
                                          Email:  mprebeg@clearmanprebeg.com
                                          Email:  mcompton@clearmanprebeg.com

                                          David M. Tenner
                                          **Ridley, McGreevy & Winocur, P.C.**
                                          303 16th Street, Suite 200
                                          Denver, Colorado  80202
                                          Telephone:  303-629-9700
                                          Facsimile:  303-629-9702
                                          Email:  tenner@ridleylaw.com

| ZTE (USA), Inc. Defendant | LG Elecs., Inc., et al., Defendants |
|---|---|
| */s/         Scott R. Miller* | */s/      Nicholas H. Jackson* |
| Scott R. Miller | Jeffrey K. Sherwood |
| Sheppard Mullin Richter & Hampton LLP | Megan S. Woodworth |
| 333 South Hope Street; 43rd Floor | Nicholas H. Jackson |
| Los Angeles, California  90071 | Dickstein Shapiro LLP |
| Phone:  (213) 617-4177 | 1825 Eye Street NW |
| Facsimile:  (213) 443-2817 | Washington, DC 20006 |
| smiller@sheppardmullin.com | Telephone: (202) 420-2200 |
| | Email: sherwoodj@dicksteinshapiro.com |
| Deepali Brahmbhatt | woodworthm@dicksteinshapiro.com |
| Sheppard Mullin Richter & Hampton LLP | jacksonn@dicksteinshapiro.com |
| 379 Lytton Avenue | |
| Palo Alto, CA 94301 | Aaron P. Bradford |
| Tel:   (650) 815-2604 | Lathrop & Gage, LLP |
| Fax:  (650) 815-4683 | 950 17th Street, Suite 2400 |
| dbrahmbhatt@sheppardmullin.com | Denver, CO 80202 |
| | Telephone: (720) 931-3200 |
| Hugh Q. Gottschalk | Email: abradford@lathropgage.com |
| Matthew E. Johnson | |
| Wheeler Trigg O'Donnell LLP | ATTORNEYS FOR DEFENDANTS LG |
| 370 Seventeenth Street, Suite 4500 | ELECTRONICS INC., LG ELECTRONICS |
| Denver, CO 80202 | U.S.A., INC., AND LG ELECTRONICS |
| Tel: (303) 244-1800 | MOBILECOMM U.S.A., INC. |
| Fax: (303) 244-1879 | |
| Gottschalk@wtotrial.com | |
| Johnson@wtotrial.com | |
| | |
| ATTORNEYS FOR DEFENDANT ZTE (USA), INC. | |

| Nokia Corp., et. al., Defendants | Samsung Elecs. Co., Ltd., et al., Defendants |
|---|---|
| */s/      Christopher C. Carnaval* | */s/           Victor H. Polk, Jr.* |
| Scott R. Bialecki | Joshua L. Raskin |
| FOX ROTHSCHILD LLP | GREENBERG TRAURIG, LLP |
| Tabor Center | 200 Park Avenue |
| 1200 17th Street, Suite 975 | New York, NY 10166 |
| Denver, CO 80202 | Telephone: (212) 801-6930 |
| Telephone:  (303) 446-3840 | Facsimile: (212) 805-5583 |
| Facsimile:  (303) 446-3841 | raskinj@gtlaw.com |
| sbialecki@foxrothschild.com | |
| | Victor H. Polk, Jr. |
| Robert F. Perry | GREENBERG TRAURIG, LLP |
| Allison H. Altersohn | One International Place, 20th Floor |
| Christopher C. Carnaval | Boston, MA 02110 |

| | |
|---|---|
| KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Telephone:  (212) 556-2100<br>Facsimile:  (212) 556-2222<br>rperry@kslaw.com<br>aaltersohn@kslaw.com<br>ccarnaval@kslaw.com<br><br>ATTORNEYS FOR DEFENDANTS<br>NOKIA CORP. AND NOKIA INC. | Tel: (617) 310-6000<br>Fax: (617) 310-6001<br>polkv@gtlaw.com<br><br>Gayle L. Strong<br>Amy L. Kramer<br>Greenberg Traurig, LLP<br>1200 Seventeenth Street, Suite 2400<br>Denver, Colorado 80202<br>Tel: (303) 572-6500<br>Fax: (303) 572-6540<br>strongg@gtlaw.com<br>kramera@gtlaw.com<br><br>ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO, LTD. AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |
| **HTC Corp., et al.,<br>Defendants** | **Pantech Co. Ltd., et al.,<br>Defendants** |
| /s/   *Kevin D. Rodkey*<br>Houtan K. Esfahani<br>FINNEGAN, HENDERSON,<br>FARABOW, GARRETT & DUNNER,<br>LLP<br>901 New York Avenue, NW<br>Washington, DC 20001<br>Telephone: (202) 408-4000<br>Facsimile: (202)  408-4400<br>houtan.esfahani@finnegan.com<br><br>Stephen E. Kabakoff<br>Kevin D. Rodkey<br>FINNEGAN, HENDERSON,<br>FARABOW, GARRETT & DUNNER,<br>LLP<br>303 Peachtree Street, NE<br>3500 SunTrust Plaza<br>Atlanta, GA 30308<br>Telephone: (404) 653-6400<br>Facsimile: (404)  653-6444<br>stephen.kabakoff@finnegan.com<br>kevin.rodkey@finnegan.com<br><br>James E. Hartley<br>Conor F. Farley<br>HOLLAND & HART LLP | /s/   *D. James Pak*<br>D. James Pak<br>Colin H. Murray<br>BAKER & McKENZIE LLP<br>Two Embarcadero Center, 11th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 576-3000<br>Facsimile: (415)  576-3099<br>d.james.pak@bakermckenzie.com<br>colin.murray@bakermckenizie.com<br><br>Edward Keith Runyan<br>BAKER & McKENZIE LLP<br>300 East Randolph Street,<br>Suite 5000<br>Chicago, IL 60601<br>Telephone: (312) 861-8000<br>Facsimile: (312) 698-2341<br>Edward.Runyan@bakermckenzie.com<br><br>ATTORNEYS FOR DEFENDANTS PANTECH WIRELESS, INC. AND PANTECH CO., LTD. |

|  |  |
|---|---|
| 555 Seventeenth Street<br>Suite 3200<br>Denver, CO 80202-3979<br>Telephone: (303) 295-8000<br>Facsimile: (303) 295-8261<br><br>ATTORNEYS FOR DEFENDANTS<br>HTC CORPORATION, HTC AMERICA<br>HOLDING INC., AND HTC AMERICA,<br>INC. |  |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically and was served on all counsel who are deemed to have consented to electronic service.  Pursuant to Fed. R. Civ. P. 5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by mail on this the 9th day of October, 2013.

/s/ Matthew S. Compton, Jr.

**MATTHEW S. COMPTON, JR.**