IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No 13-cv-00173-RBJ

CELLPORT SYSTEMS, INC.,

    Plaintiff,

v.

HTC CORPORATION,
HTC AMERICA HOLDING INC., and
HTC AMERICA, INC.,

    Defendants.

---

ORDER GRANTING JOINT REQUEST TO STAY ALL DEADLINES THROUGH
FEBRUARY 28, 2014

---

    It is hereby ORDERED that the parties' Request to Stay All Dates Through February 28, 2014 submitted by the parties in their Joint Notice of Pending Settlement, is granted finding good cause shown in light of the pending settlement and in the interests of judicial economy and efficiency. All dates set forth in the Joint Civil Scheduling Order between and among the parties are stayed through and including February 28, 2014. Should a stipulated dismissal with prejudice of this action not be filed by the parties by February 28, 2014, any deadlines falling within the stay will be due on March 7, 2014.

    DATED this 28th day of January, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge