IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No 13-cv-00173-RBJ

CELLPORT SYSTEMS, INC.,

    Plaintiff,

v.

HTC CORPORATION,
HTC AMERICA HOLDING INC., and
HTC AMERICA, INC.,

    Defendants.

## ORDER OF DISMISSAL

The parties having stipulated to a dismissal of this case, this Court dismisses all claims and counterclaims in the above-captioned action with prejudice, orders each party to bear its own attorneys' fees and costs, and terminates this action.

DATED this 8th day of May, 2014.

BY THE COURT:

*[signature: Brooke Jackson]*

_____

R. Brooke Jackson
United States District Judge